## Thru Way Equipment Company *v.* Cathcart et al., Appellant.

Argued December 5,

1973. *Philip D. Weiss,* with him *McTighe, Brown, Weiss, Bonner and Stewart,* for appellant; *Daniel B. Brandschain,* for appellee.

Order affirmed.

SPAULDING, J., absent.